SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JANUARY 22, 2020 SESSION

FILED
JAN 23 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:20-00008
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 922(k)
18 U.S.C. § 924(a)(1)(B)

ROBERT WILLIAM MOATS

# I N D I C T M E N T

## Count One
## (Felon in Possession of a Firearm)

The Grand Jury Charges:

1. On or about March 21, 2018, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ROBERT WILLIAM MOATS did knowingly possess a firearm, that is, a Raven, model MP25, 25 caliber pistol, in and affecting interstate commerce.

2. At the time defendant ROBERT WILLIAM MOATS possessed the aforesaid firearm, he knew he had been convicted of the following crime, which was punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about November 25, 2003, in the Circuit Court of Monongalia

County, West Virginia, Case No. 03-F-64, of Second Degree Murder, in violation of W. Va. Code § 61-2-1.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**Count Two**
**(Possession of Firearm with Serial Number Removed)**

On or about March 21, 2018, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ROBERT WILLIAM MOATS did knowingly possess a firearm, that is, a Raven, model MP25, 25 caliber pistol, in and affecting interstate commerce, from which the manufacturer's serial number had been removed, obliterated and altered.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

MICHAEL B. STUART
United States Attorney

By: ______________________________
NEGAR M. KORDESTANI
Assistant United States Attorney

**FORFEITURE**

In accordance with 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal procedure, and premised upon the conviction of defendant ROBERT WILLIAM MOATS of a violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), 922(k) and 924(a)(1)(B) as set forth in this Indictment, defendant ROBERT WILLIAM MOATS shall forfeit to the United States any firearm involved in or used in such a firearms offense, including but not limited to the Raven, model MP25, 25 caliber pistol, obliterated serial number, seized by police on or about March 21, 2018.

MICHAEL B. STUART
United States Attorney

By: ______________________________
NEGAR M. KORDESTANI
Assistant United States Attorney